FILED
APR 20 '2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 15-CR-30087-SMY |
| vs. ) | |
| ) | |
| LESLIE WOODS, ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF FACTS

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Ali Summers, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant:

1. On June 17, 2010 at approximately 6:50 p.m., three masked, armed men entered the Best Stop located at 2001 Camp Jackson Road, Cahokia, Illinois. Derek Marshall was the first to enter, armed with a black pistol and wearing a black t-shirt and a black and red hat with a red bandana under it. James Smith was the second man to enter and was also armed with a black pistol and his face partially covered with a cloth. Terrell McGee entered the store last, armed with a long rifle and wearing a black ski mask. Leslie Woods drove Marshall, Smith and McGee to the Best Stop in a silver Altima and waited in the car during the robbery.

2. Upon entry into the store, the men ordered a customer to the ground. Marshall and Smith went behind the counter while McGee stood on the customer side pointing the rifle at the clerk and the customer. While behind the counter, Marshall and Smith pointed their pistols at the back of the clerk's head and demanded money from the cash register. Over $11,000 in addition to liquor and cigarettes was taken during the robbery.

3.     Smith and McGee then ran out of the store. As the customer laying on the floor started to get up Marshall told him to get back on the floor and then shot him in the buttocks area. He then fired another shot behind him as he fled the store. Once outside the store, he fired four (4) more shots toward a car parked near the entrance door with a woman sitting in the driver's seat. One of the shots hit the driver's seat belt and then grazed her back.

4.     The robbery was captured on video surveillance. The recording was also equipped with audio which captured the four shots fired outside the store. Witnesses described the getaway vehicle as a silver or grey Altima with red temporary license tags.

5.     The Illinois State Police Crime Scene Investigation Services processed the Best Stop for forensic evidence. Several bullets and fired cartridge cases were recovered from the scene and were all determined to be .40 caliber.

6.     The day before the Best Stop robbery, on June 16, 2010, a woman reported that her new silver Altima, which had red temporary license tags, was stolen during the course of a carjacking in St. Louis, Missouri. Through investigation by the St. Louis County Police Department, the offenders were identified as Leslie Woods, Derek Marshall, James Smith, Reshon Farmer, Romeo Seagraves, and a juvenile male. Smith, Farmer, Seagraves and the juvenile male were interviewed and all confessed to involvement in the carjacking of the Altima. All four stated that Leslie Woods and Derek Marshall were the two others involved in the carjacking and that Marshall was the gunman. The victim of the carjacking identified Marshall in a photo lineup as the gunman who took her vehicle.

7.     Approximately five hours after the Best Stop robbery, the stolen silver Altima was recovered in Jennings, Missouri. During crime scene processing, two fingerprints were recovered from the door of the gas tank. The two latent fingerprints were submitted to the St. Louis County

Forensic Lab and were determined to be a match to the left index and left middle finger of Leslie Woods.

8. On June 29, 2010, Officer Richard Sharp of the Brooklyn Illinois Police Department conducted a traffic stop on a vehicle in which Derek Marshall was the front seat passenger. Marshall fled from the traffic stop, but was ultimately apprehended. During a search of that vehicle, Officer Sharp located a Glock, Model 22, .40 caliber Smith & Wesson and a revolver. The .40 caliber Glock handgun was recovered from under the front passenger's seat where Marshall was seated. The .40 caliber Glock was submitted to the Illinois State Police Forensic Lab for analysis. Forensic testing revealed that the .40 caliber Glock was a match to the bullets and fired cartridge cases recovered from the scene of the June 17, 2010 robbery and shooting at the Best Stop.

9. As a result of the robbery, Best Stop suffered a loss of over $11,000 in United States currency which was the property of Best Stop and the proceeds of sales of products that had moved in and were part of interstate commerce. The robbery of Best Stop did affect interstate commerce in that the operating hours of the business were impacted and the assets of the business were depleted.

10. On July 8, 2010, at approximately 7:45 p.m., four masked, armed men entered the Mini-Mart gas station located at 2636 Camp Jackson Road, Cahokia, Illinois. The entire robbery was capture on video surveillance of both the inside and outside of the store. Shortly before the robbery, a white Chrysler minivan was parked by a gas pump. Reshon Farmer, the driver of the minivan, entered the store unmasked. He later left the store, re-entered the white minivan and pulled up to the front door at which time Marshall, Woods, McGee and Smith jumped out of the van and ran into the store. Woods was the first to enter armed with a long rifle and wearing a light

blue polo shirt and a cloth partially covering his face. Marshall was the second to enter armed with a long rifle and wearing a black t-shirt, sunglasses and a black hat with a red bandana under it. Smith was the third man to enter armed with a black handgun and wearing a blue and white striped polo shirt, a hat and a t-shirt partially covering his face. McGee was the last to enter armed with a black handgun and wearing a black t-shirt and his face was partially covered with a cloth.

11. Woods, Marshall, and Smith went immediately behind the counter and pointed the guns at a male and female who were both working. While the male clerk was trying to open the cash register, Woods continually pushed the barrel of his rifle against the clerk's back until the clerk grabbed the barrel and turned around. At that time, Woods shot the male clerk causing him to fall on top of the female clerk who was lying on the ground. He then fired two more shots at the male clerk. As a result of the shots fired, the victim suffered serious, life-threatening injury to his chest, his right forearm and his left hand. The victim was in critical condition after the shooting, but he did survive the injuries.

12. Marshall, Woods, McGee and Smith stole the cash register and the small amount of money contained therein, as well as a .40 caliber handgun that belonged to the store owner. They ran out of the store into the white minivan being driven by Farmer and fled the area. While jumping over the counter, Smith shot himself in the leg with the .40 caliber gun that he stole from the store.

13. The Illinois State Police Crime Scene Investigation Services processed the Mini-Mart for forensic evidence. Several bullets and fired cartridge cases were recovered. Three fired cartridge cases recovered from behind the counter where the clerk was shot were determined to be .30/.30 caliber. A .40 caliber fired cartridge case was also recovered as the shot discharged from the stolen firearm.

14. As a result of the robbery on July 8, 2010, Mini-Mart suffered a loss of United States currency. The United States currency was the property of Mini-Mart and was revenue from the Mini-Mart's sale of products that had moved in and were part of commerce. The robbery of Mini-Mart did affect interstate commerce in that the operating hours of the business were impacted and the assets of the business were depleted.

15. Police officers from the North Precinct of St. Louis County Police Department who were very familiar with Derek Marshall, James Smith, and Leslie Woods were asked to view the video surveillance of the Mini-Mart robbery. Detective Joe Percich and several other officers identified Reshon Farmer as the getaway driver who entered the store unmasked prior to the robbery. The same officers identified Leslie Woods as the first man to enter the store armed with the long rifle who shot the male clerk. They identified Derek Marshall as the second man to enter the store armed with a long rifle wearing a black t-shirt, sunglasses and a black hat with a red bandana under it. They identified James Smith as the third man to enter the store armed with a black handgun. They were not able to identify the fourth gunman.

16. James Smith and Reshon Farmer were thereafter arrested and interviewed regarding their involvement in the Mini-Mart robbery. Smith confessed to being the third gunman to enter the store and admitted he stole the .40 caliber gun from the store, with which he accidently shot himself in the leg while trying to flee. Farmer confessed to being the getaway driver in the robbery. Both Smith and Farmer identified the Derek Marshall, Leslie Woods, and Terrell McGee as the three others involved. Smith and Farmer identified Woods as the first person to enter the store who was armed with a long rifle and who shot the male clerk several times while behind the service counter, Marshall as the second gunman to enter the store armed with a long rifle, McGee as the fourth man to enter the store and stated that he was armed with a BB gun. Smith and Farmer both

5

stated that the getaway vehicle was a white Chrysler minivan that Smith and Woods had stolen from a residence in Florissant, Missouri the morning of the robbery.

17. James Smith was interviewed about the Best Stop robbery and confessed to his involvement. Smith stated that the other individuals involved were Marshall, Woods and McGee. Smith stated that Leslie Woods drove all of them to the Best Stop in Cahokia in the silver Nissan Altima they had stolen from the female in St. Louis the day before. Smith stated that Woods waited outside in the Altima while he, Marshall and McGee entered the store masked and armed with firearms. Smith further detailed that Marshall was the first person to enter the store armed with a black .40 caliber handgun. Smith was the second person to enter the store and he was also armed with a handgun. Smith stated that the third person to enter the store was McGee who was armed with a long rifle. Smith stated that they took a large amount of money from the register and he received approximately $4,500 from the robbery.

18. During a consent search of Smith's residence, a .40 caliber Smith and Wesson handgun was recovered along with several items of clothing matching the clothing worn by Smith during the Mini-Mart robbery. The .40 caliber Smith and Wesson handgun was submitted to the Illinois State Police Forensic Lab for analysis. Forensic testing revealed that the .40 caliber Smith and Wesson handgun fired the .40 caliber fired cartridge case recovered from the scene of the Mini-Mart robbery where Smith accidently shot himself.

19. All of these events occurred in the Southern District of Illinois.

**SO STIPULATED:**

|  |  |
|---|---|
| *Leslie Woods* | DONALD S. BOYCE<br>United States Attorney |
| LESLIE WOODS<br>Defendant | *Ali Summers* |
| *J. Christian Goeke* | ALI SUMMERS<br>Assistant United States Attorney |
| J. CHRISTIAN GOEKE<br>Attorney for Defendant |  |
| Date: 4-20-17 | Date: 4.20.17 |

7